WE'VE REACHED A VERDICT

SEPT. 28, 2012
4:27 PM

*[signature]*
FOREPERSON